IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEVONTE STRICKLAND**                                                                          **PLAINTIFF**

v.                            Case No. 2:21-cv-00142-KGB

**ADAM SWOPES, Officer-C/O;**
**Phillips County Detention Center,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 26). Plaintiff Devonte Strickland has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice Mr. Strickland's complaint for lack of prosecution (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 21st day of February, 2023.

_____
Kristine G. Baker
United States District Judge